# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: LISTI, GIACOMO | § Case No. 11-80546 |
| LISTI, LISA J | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>BERNARD J. NATALE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  Clerk of The U S Bankruptcy Court
  211 South Court Street
  Rockford IL 61101

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 10/31/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 09/27/2011          By: /s/BERNARD J. NATALE
                                Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: LISTI, GIACOMO | § | Case No. 11-80546 |
| LISTI, LISA J | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 22,500.00 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 22,500.00 |
| **Balance on hand:** | $ 22,500.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7 | US Bancorp Equipment Finance, Inc. | 7,840.60 | 7,840.60 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 22,500.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 3,000.00 | 0.00 | 3,000.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 2,646.25 | 0.00 | 2,646.25 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 43.96 | 0.00 | 43.96 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 5,690.21 |
| Remaining balance: | $ 16,809.79 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 16,809.79 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 16,809.79 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 114,477.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Ashland Inc /Valvoline | 21,408.32 | 0.00 | 3,143.58 |
| 2 | JPMorgan Chase Bank, NA | 12,766.89 | 0.00 | 1,874.68 |
| 3 | Lube Oils | 0.00 | 0.00 | 0.00 |
| 4 | Direct, Inc | 0.00 | 0.00 | 0.00 |
| 5 | Chase Bank USA, N.A. | 20,808.28 | 0.00 | 3,055.46 |
| 6 | Chase Bank USA, N.A. | 32,235.65 | 0.00 | 4,733.45 |
| 8 | FIA Card Services, NA/Bank of America | 27,258.60 | 0.00 | 4,002.62 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 16,809.79 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                        Case No. 11-80546-MB
Giacomo Listi                                                 Chapter 7
Lisa J Listi
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-3          User: lkorotko              Page 1 of 2            Date Rcvd: Oct 03, 2011
                              Form ID: pdf006             Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2011.
db/jdb       +Giacomo Listi,    Lisa J Listi,   211 Tulip Circle,    Island Lake, IL 60042-8812
16804308      American Express,    PO Box 53852,   Phoenix, AZ 85072-3852
16804309     +Arnstein & Lehr LLP,    120 S. Riverside Plaza,    Suite 1200,   Chicago, IL 60606-3910
16804310      Ashland,   16397 Collections Center Drive,    Chicago, IL 60693-6397
17078427     +Ashland Inc,    Attn John Haraldson, Senior Counsel,   PO Box 14000,   Lexington, KY 40512-4000
16943437     +Ashland Inc /Valvoline,    Collection Dept,   P O Box 2219,   Columbus, Oh 43216-2219
16804311     +Astoria Federal Savings,    1 Corporate Drive,   Suite 360,   Lake Zurich, IL 60047-8945
17078435     +Bella Oil Inc,   7032 Huntley Road,   Carpentersville, IL 60110-3619
16804313     +Bulk Master,   295 Eastgate Industrial Parkway,    Kankakee, IL 60901-5004
16804314     +Carpentersville Energy Management,   8700 W. Bryn Mawr,    Suite 800 South,
               Chicago, IL 60631-3512
16804315     +Catalyst, Inc.,    110 Marina Drive,   Rochester, NY 14626-5104
16804316     +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
16804318     +Chase,   Attn: Bankruptcy Dept,    PO Box 100018,   Kennesaw, GA 30156-9204
16804319      Chase,   PO Box 260161,    Baton Rouge, LA 70826-0161
17355378      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
16804321     +Citi Cards,    Attn: Centralized Bankruptcy,   PO Box 20507,    Kansas City, MO 64195-0507
16804320      Citi Cards,   PO Box 689197,    Des Moines, IA 50368-9197
16804324     +CitiCapital Loan,    Citicorp North America, Inc.,   5677 El La Palma Avenue, Suite A,
               Anaheim, CA 92807-2123
16804322     +Citibank NA,    Centralized Bankruptcy,    PO Box 20507,   Kansas City, MO 64195-0507
16804326     +Citicorp North America, Inc.,    5677 El La Palma Avenue,    Suite A,
               Anaheim Hills, CA 92807-2123
16804327     +Class A Properties Five LLC,    c/o Europa Imports, Inc.,    1007 Tower Court,
               Winnetka, IL 60093-1865
16804331      Discover Network,    PO Box 52145,   Phoenix, AZ 85072-2145
16804332     +Fox Valley Internet,    2585 Millennium Drive,   Suite G,   Elgin, IL 60124-7822
16804333      G & K Services,    5611 11th Street,   Rockford, IL 61109-3654
16808402     +Gerald W Edwards,    8761 Overlook Point,   St John, IN 46373-8734
16804334     +Gerald W. Edwards,    8761 Overlook Point,   Saint John, IN 46373-8734
16804361      Green Tree Servicing,    PO Box 6172,   Rapid City, SD 57709-6172
16804362      Groot Industries, Inc.,    PO Box 309,   Elk Grove Village, IL 60009-0309
16804363      Interstate Batteries,    333 W. State Road,   Unit D,   Island Lake, IL 60042-9704
17254430     +JPMorgan Chase Bank, NA,    201 N. Central Ave.,   AZ1-1024,    Phoenix, AZ 85004-0073
16804364     +Lube Oils,    345 N. Skokie Highway,   Gurnee, IL 60031-2983
16804365     +McCarthy, Burgess & Wolff,    26000 Cannon Road,   Cleveland, OH 44146-1807
16804366      O'Reilly Auto Parts,    PO Box 790098,   Saint Louis, MO 63179-0098
16804367     +Recycle Technologies,    298 Beinoris Drive,   Wood Dale, IL 60191-1237
16804369     +State Farm Bank,    PO Box 3001,   Malvern, PA 19355-0701
16804370      SunTrust Equipment Finance& Leasing,    PO Box 79503,   Baltimore, MD 21279-0503
16804373     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,    19001 S. Western Avenue,
               Torrance, CA 90501)
16804375     +TVI / Globe Motorists,    8631-A Polk Lane,   Olive Branch, MS 38654-8336
16804372     +The Chapman Printing Company, Inc.,    PO Box 2867,   Huntington, WV 25728-2867
17621253     +US Bancorp Equipment Finance, Inc.,    Attn: Bkcy Dept,   1310 Madrid St.,
               Marshall, MN 56258-4099
16804377     +US Bank Vendor Services,    1310 Madrid Street,   Suite 105,   Marshall, MN 56258-4006
16804376      US Bank Vendor Services,    PO Box 790448,   Saint Louis, MO 63179-0448
16804379     +Village of Carpentersville,    1200 Besinger Drive,   Carpentersville, IL 60110-2000
16804380     +Wells Fargo Business Direct,    PO Box 348750,   Sacramento, CA 95834-8750
16804381      Wells Fargo BusinessLine,    PO Box 54349,   Los Angeles, CA 90054-0349
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16804330      E-mail/Text: legalcollections@comed.com Oct 04 2011 03:39:32     ComEd,   PO Box 6111,
               Carol Stream, IL 60197-6111
17643872      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 04 2011 05:02:53
               FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
               Oklahoma City, OK  73124-8809
16804368     +E-mail/Text: Bankruptcy@selective.com Oct 04 2011 03:59:12     Selective Insurance,   Box 371468,
               Pittsburgh, PA 15250-7468
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16804374      Toyota Motor Credit,   800-874-8822 for mail addre
16804317*    +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
16804325*    +CitiCapital Loan,    Citicorp North America, Inc.,   5677 El La Palma Avenue, Suite A,
               Anaheim, CA 92807-2123
16804323*    +Citibank NA,    Centralized Bankruptcy,    PO Box 20507,   Kansas City, MO 64195-0507
16804328*    +Class A Properties Five LLC,    c/o Europa Imports, Inc.,   1007 Tower Court,
               Winnetka, IL 60093-1865
16804329*    +Class A Properties Five LLC,    c/o Europa Imports, Inc.,   1007 Tower Court,
               Winnetka, IL 60093-1865
```

```
District/off: 0752-3          User: lkorotko            Page 2 of 2                    Date Rcvd: Oct 03, 2011
                              Form ID: pdf006           Total Noticed: 48


            ***** BYPASSED RECIPIENTS (continued) *****
16804335*     +Gerald W. Edwards,    8761 Overlook Point,    Saint John, IN 46373-8734
16804336*     +Gerald W. Edwards,    8761 Overlook Point,    Saint John, IN 46373-8734
16804337*     +Gerald W. Edwards,    8761 Overlook Point,    Saint John, IN 46373-8734
16804338*     +Gerald W. Edwards,    8761 Overlook Point,    Saint John, IN 46373-8734
16804339*     +Gerald W. Edwards,    8761 Overlook Point,    Saint John, IN 46373-8734
16804340*     +Gerald W. Edwards,    8761 Overlook Point,    Saint John, IN 46373-8734
16804341*     +Gerald W. Edwards,    8761 Overlook Point,    Saint John, IN 46373-8734
16804342*     +Gerald W. Edwards,    8761 Overlook Point,    Saint John, IN 46373-8734
16804343*     +Gerald W. Edwards,    8761 Overlook Point,    Saint John, IN 46373-8734
16804344*     +Gerald W. Edwards,    8761 Overlook Point,    Saint John, IN 46373-8734
16804345*     +Gerald W. Edwards,    8761 Overlook Point,    Saint John, IN 46373-8734
16804346*     +Gerald W. Edwards,    8761 Overlook Point,    Saint John, IN 46373-8734
16804347*     +Gerald W. Edwards,    8761 Overlook Point,    Saint John, IN 46373-8734
16804348*     +Gerald W. Edwards,    8761 Overlook Point,    Saint John, IN 46373-8734
16804349*     +Gerald W. Edwards,    8761 Overlook Point,    Saint John, IN 46373-8734
16804350*     +Gerald W. Edwards,    8761 Overlook Point,    Saint John, IN 46373-8734
16804351*     +Gerald W. Edwards,    8761 Overlook Point,    Saint John, IN 46373-8734
16804352*     +Gerald W. Edwards,    8761 Overlook Point,    Saint John, IN 46373-8734
16804353*     +Gerald W. Edwards,    8761 Overlook Point,    Saint John, IN 46373-8734
16804354*     +Gerald W. Edwards,    8761 Overlook Point,    Saint John, IN 46373-8734
16804355*     +Gerald W. Edwards,    8761 Overlook Point,    Saint John, IN 46373-8734
16804356*     +Gerald W. Edwards,    8761 Overlook Point,    Saint John, IN 46373-8734
16804357*     +Gerald W. Edwards,    8761 Overlook Point,    Saint John, IN 46373-8734
16804358*     +Gerald W. Edwards,    8761 Overlook Point,    Saint John, IN 46373-8734
16804359*     +Gerald W. Edwards,    8761 Overlook Point,    Saint John, IN 46373-8734
16804360*     +Gerald W. Edwards,    8761 Overlook Point,    Saint John, IN 46373-8734
16804371*      SunTrust Equipment Finance& Leasing,    PO Box 79503,    Baltimore, MD 21279-0503
16804378*      US Bank Vendor Services,    PO Box 790448,    Saint Louis, MO 63179-0448
16804312    ##+Bank of America,    PO Box 17054,    Wilmington, DE 19850-7054
                                                                                     TOTALS: 1, * 33, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 05, 2011**             **Signature:**    _Joseph Speetjens_