## AMENDED DISTRIBUTION REPORT
## FINAL DISTRIBUTION

**Case Number:** 11-80546  
**Debtor Name:** LISTI, GIACOMO  

Page: 1

**Date:** October 31, 2011  
**Time:** 11:46:27 AM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---:|---:|---:|---:|---:|
|  | Funds on Hand |  |  |  |  |  | $22,500.29 |
| EXP | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 43.96 | 0.00 | 43.96 | 43.96 | 22,456.33 |
| ATTY | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 2,646.25 | 0.00 | 2,646.25 | 2,646.25 | 19,810.08 |
| TRTE | BERNARD J. NATALE | Admin Ch. 7 | 3,000.00 | 0.00 | 3,000.00 | 3,000.00 | 16,810.08 |
|  | SUBTOTAL FOR | ADMIN CH. 7 | 5,690.21 | 0.00 | 5,690.21 | 5,690.21 |  |
| 7 | US Bancorp Equipment Finance, Inc. | Secured | 7,840.60 | 0.00 | 7,840.60 | 0.00 | 16,810.08 |
|  | SUBTOTAL FOR | SECURED | 7,840.60 | 0.00 | 7,840.60 | 0.00 |  |
| 1 | Ashland Inc /Valvoline | Unsecured | 21,408.32 | 0.00 | 21,408.32 | 3,143.63 | 13,666.45 |
| 2 | JPMorgan Chase Bank, NA | Unsecured | 12,766.89 | 0.00 | 12,766.89 | 1,874.71 | 11,791.74 |
| 3 | Lube Oils | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 11,791.74 |
| 4 | Direct, Inc | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 11,791.74 |
| 5 | Chase Bank USA, N.A. | Unsecured | 20,808.28 | 0.00 | 20,808.28 | 3,055.52 | 8,736.22 |
| 6 | Chase Bank USA, N.A. | Unsecured | 32,235.65 | 0.00 | 32,235.65 | 4,733.53 | 4,002.69 |
| 8 | FIA Card Services, NA/Bank of America | Unsecured | 27,258.60 | 0.00 | 27,258.60 | 4,002.69 | 0.00 |
|  | SUBTOTAL FOR | UNSECURED | 114,477.74 | 0.00 | 114,477.74 | 16,810.08 |  |
| << Totals >> |  |  | 128,008.55 | 0.00 | 128,008.55 | 22,500.29 |  |

*NOTE: Final distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this final distribution.

**Administrative-Ch7**           100.000000%  
**Secured**                         0.000000%  
**Unsecured**                      14.684147%