**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: LISTI, GIACOMO  LISTI, LISA J   Debtor(s) | § Case No. 11-80546  §  §  § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $508,315.40      Assets Exempt: $152,443.28
*(without deducting any secured claims)*

Total Distribution to Claimants: $16,810.08      Claims Discharged
                                                                             Without Payment: $1,559,655.66

Total Expenses of Administration: $5,690.21

---

3) Total gross receipts of $ 22,500.29 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $22,500.29 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $543,698.40 | $7,840.60 | $7,840.60 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,690.21 | 5,690.21 | 5,690.21 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,553,944.83 | 120,545.46 | 114,477.74 | 16,810.08 |
| **TOTAL DISBURSEMENTS** | $2,097,643.23 | $134,076.27 | $128,008.55 | $22,500.29 |

4) This case was originally filed under Chapter 7 on February 12, 2011. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/03/2012           By: /s/BERNARD J. NATALE
                                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Interests in an education IRA as defined in 26 U | 1129-000 | 12,640.00 |
| Interests in an education IRA as defined in 26 U | 1129-000 | 9,860.00 |
| Interest Income | 1270-000 | 0.29 |
| **TOTAL GROSS RECEIPTS** | | **$22,500.29** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | US Bancorp Equipment Finance, Inc. | 4110-000 | 7,398.18 | 7,840.60 | 7,840.60 | 0.00 |
| NOTFILED | State Farm Bank | 4110-000 | 23,893.00 | N/A | N/A | 0.00 |
| NOTFILED | Astoria Federal Savings | 4110-000 | 420,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Toyota Financial Services | 4110-000 | 25,546.98 | N/A | N/A | 0.00 |
| NOTFILED | Toyota Motor Credit | 4110-000 | 1,254.00 | N/A | N/A | 0.00 |
| NOTFILED | Green Tree Servicing | 4110-000 | 65,606.24 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$543,698.40** | **$7,840.60** | **$7,840.60** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 43.96 | 43.96 | 43.96 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,646.25 | 2,646.25 | 2,646.25 |
| BERNARD J. NATALE | 2100-000 | N/A | 3,000.00 | 3,000.00 | 3,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 5,690.21 | 5,690.21 | 5,690.21 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ashland Inc /Valvoline | 7100-000 | 18,751.58 | 21,408.32 | 21,408.32 | 3,143.63 |
| 2 | JPMorgan Chase Bank, NA | 7100-000 | 13,121.63 | 12,766.89 | 12,766.89 | 1,874.71 |
| 3 | Lube Oils | 7100-000 | 6,577.80 | 3,288.90 | 0.00 | 0.00 |
| 4 | Direct, Inc | 7100-000 | 2,778.82 | 2,778.82 | 0.00 | 0.00 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 20,500.00 | 20,808.28 | 20,808.28 | 3,055.52 |
| 6 | Chase Bank USA, N.A. | 7100-000 | 30,227.00 | 32,235.65 | 32,235.65 | 4,733.53 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | FIA Card Services, NA/Bank of America | 7100-000 | N/A | 27,258.60 | 27,258.60 | 4,002.69 |
| NOTFILED | Groot Industries, Inc. | 7100-000 | 190.44 | N/A | N/A | 0.00 |
| NOTFILED | Interstate Batteries | 7100-000 | 2,573.41 | N/A | N/A | 0.00 |
| NOTFILED | G & K Services | 7100-000 | 1,133.25 | N/A | N/A | 0.00 |
| NOTFILED | Discover Network | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Fox Valley Internet | 7100-000 | 218.33 | N/A | N/A | 0.00 |
| NOTFILED | Class A Properties Five LLC c/o Europa Imports, Inc. | 7100-000 | 397,442.73 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 680.11 | N/A | N/A | 0.00 |
| NOTFILED | O'Reilly Auto Parts | 7100-000 | 196.75 | N/A | N/A | 0.00 |
| NOTFILED | Selective Insurance | 7100-000 | 452.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank Vendor Services | 7100-000 | 8,692.96 | N/A | N/A | 0.00 |
| NOTFILED | TVI / Globe Motorists | 7100-000 | 430.57 | N/A | N/A | 0.00 |
| NOTFILED | Class A Properties Five LLC c/o Europa Imports, Inc. | 7100-000 | 6,241.18 | N/A | N/A | 0.00 |
| NOTFILED | Village of Carpentersville | 7100-000 | 152.56 | N/A | N/A | 0.00 |
| NOTFILED | US Bank Vendor Services | 7100-000 | 202.16 | N/A | N/A | 0.00 |
| NOTFILED | The Chapman Printing Company, Inc. | 7100-000 | 73.18 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Business Direct | 7100-000 | 66,340.68 | N/A | N/A | 0.00 |
| NOTFILED | Recycle Technologies | 7100-000 | 1,133.25 | N/A | N/A | 0.00 |
| NOTFILED | Carpentersville Energy Management | 7100-000 | 412,161.96 | N/A | N/A | 0.00 |
| NOTFILED | Class A Properties Five LLC c/o Europa Imports, Inc. | 7100-000 | 6,241.18 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Ashland, Inc. | 7100-000 | 206,982.05 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards | 7100-000 | 9,799.79 | N/A | N/A | 0.00 |
| NOTFILED | CitiCapital Loan Citicorp North America, Inc. | 7100-000 | 15,428.82 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 3,175.80 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 26,710.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 26,710.00 | N/A | N/A | 0.00 |
| NOTFILED | Bulk Master | 7100-000 | 2,400.00 | N/A | N/A | 0.00 |
| NOTFILED | CitiCapital Loan Citicorp North America, Inc. | 7100-000 | 266,074.84 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 1,553,944.83 | 120,545.46 | 114,477.74 | 16,810.08 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-80546  **Trustee:** (330370)  BERNARD J. NATALE
**Case Name:** LISTI, GIACOMO  **Filed (f) or Converted (c):** 02/12/11 (f)
　　　　　　　LISTI, LISA J  **§341(a) Meeting Date:** 03/17/11
**Period Ending:** 01/03/12  **Claims Bar Date:** 08/08/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 211 Tulip Circle, Island Lake, Illinois 60042 Fe | 320,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on hand. | 50.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking, savings or other financial accounts, c | 907.68 | 0.00 | DA | 0.00 | FA |
| 4 | Checking, savings or other financial accounts, c | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking, savings or other financial accounts, c | 533.47 | 0.00 | DA | 0.00 | FA |
| 6 | Checking, savings or other financial accounts, c | 116.16 | 0.00 | DA | 0.00 | FA |
| 7 | Checking, savings or other financial accounts, c | 146.81 | 0.00 | DA | 0.00 | FA |
| 8 | Household goods and furnishings, including audio | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Wearing apparel. | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Interests in an education IRA as defined in 26 U | 17,149.11 | 16,853.23 | | 12,640.00 | FA |
| 11 | Interests in an education IRA as defined in 26 U | 11,000.00 | 11,000.00 | | 9,860.00 | FA |
| 12 | Interests in IRA, ERISA, Keogh, or other pension | 46,077.11 | 0.00 | DA | 0.00 | FA |
| 13 | Interests in IRA, ERISA, Keogh, or other pension | 79,325.00 | 0.00 | DA | 0.00 | FA |
| 14 | Interests in IRA, ERISA, Keogh, or other pension | 13,834.17 | 0.00 | DA | 0.00 | FA |
| 15 | Interests in IRA, ERISA, Keogh, or other pension | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | Interests in IRA, ERISA, Keogh, or other pension | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | Stock and interests in incorporated and unincorp | 0.00 | 0.00 | DA | 0.00 | FA |
| 18 | Stock and interests in incorporated and unincorp | 0.00 | 0.00 | DA | 0.00 | FA |
| 19 | Automobiles, trucks, trailers and other vehicles | 16,275.00 | 0.00 | DA | 0.00 | FA |
| 20 | Automobiles, trucks, trailers and other vehicles | 24,050.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.29 | FA |
| 21 | Assets    Totals (Excluding unknown values) | $536,464.51 | $27,853.23 | | $22,500.29 | $0.00 |

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-80546  
**Case Name:** LISTI, GIACOMO  
LISTI, LISA J  
**Period Ending:** 01/03/12

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 02/12/11 (f)  
**§341(a) Meeting Date:** 03/17/11  
**Claims Bar Date:** 08/08/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**  **Current Projected Date Of Final Report (TFR):**    September 27, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-80546  
**Case Name:** LISTI, GIACOMO  
LISTI, LISA J  
**Taxpayer ID #:** **-***7580  
**Period Ending:** 01/03/12

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******77-65 - Money Market Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/08/11 | | Giacomo Listi | Pymt on Compromise of 529 Education Accounts | | 22,500.00 | | 22,500.00 |
| | {10} | | | 12,640.00 | 1129-000 | | 22,500.00 |
| | {11} | | | 9,860.00 | 1129-000 | | 22,500.00 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 22,500.11 |
| 10/31/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.18 | | 22,500.29 |
| 10/31/11 | | To Account #9200******7766 | Transfer for Final Distribution | 9999-000 | | 22,500.29 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 22,500.29 | 22,500.29 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 22,500.29 | |
| | | | **Subtotal** | | 22,500.29 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$22,500.29** | **$0.00** | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 01/03/2012 11:23 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-80546  
**Case Name:** LISTI, GIACOMO  
LISTI, LISA J  
**Taxpayer ID #:** **-***7580  
**Period Ending:** 01/03/12

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******77-66 - Checking Account  
**Blanket Bond:** $606,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/11 | | From Account #9200******7765 | Transfer for Final Distribution | 9999-000 | 22,500.29 | | 22,500.29 |
| 11/03/11 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $3,000.00, Trustee Compensation;  Reference: | 2100-000 | | 3,000.00 | 19,500.29 |
| 11/03/11 | 102 | Ashland Inc /Valvoline | Distribution paid  14.68% on $21,408.32; Claim# 1; Filed: $21,408.32; Reference: 1479/BELLA OIL INC | 7100-000 | | 3,143.63 | 16,356.66 |
| 11/03/11 | 103 | JPMorgan Chase Bank, NA | Distribution paid  14.68% on $12,766.89; Claim# 2; Filed: $12,766.89; Reference: 5001 | 7100-000 | | 1,874.71 | 14,481.95 |
| 11/03/11 | 104 | FIA Card Services, NA/Bank of America | Distribution paid  14.68% on $27,258.60; Claim# 8; Filed: $27,258.60; Reference: 1384/6950 | 7100-000 | | 4,002.69 | 10,479.26 |
| 11/03/11 | 105 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 2,690.21 | 7,789.05 |
| | | | Dividend paid 100.00%        2,646.25<br>on $2,646.25;  Claim# ATTY; Filed: $2,646.25 | 3110-000 | | | 7,789.05 |
| | | | Dividend paid 100.00%         43.96<br>on $43.96;  Claim# EXP; Filed: $43.96 | 3120-000 | | | 7,789.05 |
| 11/03/11 | 106 | Chase Bank USA, N.A. | Combined Check for Claims#5,6 | | | 7,789.05 | 0.00 |
| | | | Dividend paid  14.68%        3,055.52<br>on $20,808.28;  Claim# 5; Filed: $20,808.28; Reference: 6936 | 7100-000 | | | 0.00 |
| | | | Dividend paid  14.68%        4,733.53<br>on $32,235.65;  Claim# 6; Filed: $32,235.65; Reference: 9343 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 22,500.29 | 22,500.29 | $0.00 |
| | | | Less: Bank Transfers | | 22,500.29 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 22,500.29 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$22,500.29** | |

{} Asset reference(s)

Printed: 01/03/2012 11:23 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 11-80546 | | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| **Case Name:** | LISTI, GIACOMO | | **Bank Name:** | The Bank of New York Mellon |
| | LISTI, LISA J | | **Account:** | 9200-******77-66 - Checking Account |
| **Taxpayer ID #:** | **-***7580 | | **Blanket Bond:** | $606,000.00   (per case limit) |
| **Period Ending:** | 01/03/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| | **MMA # 9200-******77-65** | **22,500.29** | **0.00** | **0.00** |
| | **Checking # 9200-******77-66** | **0.00** | **22,500.29** | **0.00** |
| | | **$22,500.29** | **$22,500.29** | **$0.00** |

{} Asset reference(s)

Printed: 01/03/2012 11:23 AM    V.12.57